# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BLANC, | ) Case No. ED CV 13-1860 MRW |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: July 2, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE